JEFFREY A. KOBULNICK - Bar No. 228299
MARK D. BRUTZKUS – Bar No. 128102
MICHAEL A. BERNET - Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile: (818) 827-9099
Email:     jkobulnick@brutzkusgubner.com
           mbernet@brutzkusgubner.com

Attorneys for Plaintiff Canadian Tire Corporation, Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CANADIAN TIRE CORPORATION, LTD., a Canadian Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>DISCOUNT SHOE SOURCE, INC. a New Jersey Corporation; ANGIE'S SHOES & LEATHER GOODS, INC., a New Jersey Corporation; DIVISION SIX SPORTS, INC., a California Corporation; CLASS FIVE TRADING, LLC, a California Limited Liability Company; CLASS FIVE HOLDINGS, LLC, a California Limited Liability Company; CLASS FIVE HOLDINGS, LLC, a Delaware Limited Liability Company; GARY FELDMAN, an Individual; IRA LEIBOWITZ, an Individual; STEPHEN SCHWARZ, an Individual; RITCHIE KRUGER, an Individual; DAVID RICKRODE, an Individual; and DOES 1-10<br><br>Defendants. | Case No. 2:16-cv-01008-TJH-E<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT ON STEPHEN SCHWARZ** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CANADIAN TIRE CORPORATION, LTD., a
Canadian Limited Liability Company

*Plaintiff(s)*

v.

DISCOUNT SHOE SOURCE, INC. a New Jersey
Corporation;
(SEE ATTACHED)

*Defendant(s)*

Civil Action No. 2:16-cv-01008-TJH (Ex)

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*

STEPHEN SCHWARZ, an Individual

17327 Ventura Blvd., #325

Encino, CA 91316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey A. Kobulnick
Mark D. Brutzkus
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-19-16

*Signature of Clerk or Deputy Clerk*

CANADIAN TIRE CORPORATION, LTD. v.
DISCOUNT SHOE SOURCE, INC., et al.

UDSC Case No. 2:16-cv-01008-TJH (Ex)

Attachment to Summons on First Amended Complaint

ADDITIONAL DEFENDANTS:

ANGIE'S SHOES & LEATHER GOODS, INC., a New Jersey Corporation; DIVISION SIX SPORTS, INC., a California Corporation; CLASS FIVE TRADING, LLC, a California Limited Liability Company; CLASS FIVE HOLDINGS, LLC, a California Limited Liability Company; CLASS FIVE HOLDINGS, LLC, a Delaware Limited Liability Company; GARY FELDMAN, an Individual; IRA LEIBOWITZ, an Individual; STEPHEN SCHWARZ, an Individual; RITCHIE KRUGER, an Individual; DAVID RICKRODE, an Individual; and DOES 1-10

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) ON FIRST AMENDED COMPLAINT

Civil Action No. 2:16-cv-01008-TJH-(Ex)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STEPHEN SCHWARZ, an Individual
was received by me on *(date)* 05/24/2016.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* "Jane Doe" (Caucasian, Female, Mid 40's, 5'5, 120 Lbs., Black Hair), Spouse , a person of suitable age and discretion who resides there,
on *(date)* 06/07/2016 @ 8:30 am, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/08/2016

*Server's signature*

WILLIAM E. UMANA, PROCESS SERVER
*Printed name and title*

ASAP Legal Solution
1607 James M. Wood Blvd.
Los Angeles, CA 90015
(213) 252-2000 [32025264.GB]

*Server's address*

Additional information regarding attempted service, etc:
Additional Documents Served:
FIRST AMENDED COMPLAINT AND EXHIBITS
DEFAULT BY CLERK (ON DISCOUNT SHOE SOURCE)
USDC CIVIL MINUTES RE ASSIGNMENT TO HONORABLE TERRY J. HATTER, JR.
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS
NOTICE TO PARTIES OF COURT- DIRECTED ADR PROGRAM
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
PLAINTIFF CANADIAN TIRE CORPORATION LTD.'s NOTICE OF INTERESTED PARTIES
DISCLOSURE STATEMENT OF CANADIAN TIRE CORPORATION, LTD.
USDC CIVIL COVER SHEET